# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150975-6 & (15)(16)(17)

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

TROY CHAN OLRICH,
  Defendant-Appellant.

SC: 150975-6
COA: 324580, 324581
Isabella CC:  2012-002371-FH
                     2012-002372-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 19, 2014 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The application is denied without prejudice to the defendant pursuing, through a motion for relief from judgment under MCR subchapter 6.500, his challenge to the circuit court's imposition of consecutive sentences for his pleas, which he failed to timely raise with the circuit court.  See MCR 6.429(B)(3).  The motion for peremptory reversal and the motion for appeal bond are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015



Clerk

a0929